UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD SILVA,

                Plaintiff,

v.

JAMES STOGNER, *et al.,*

                Defendants.

Case No.  3:20-cv-00027-ART-CSD

ORDER

On June 7, 2021 Plaintiff filed his first amended complaint (ECF No. 20). On June 13, 2022, the Court accepted the first amended complaint as the operative complaint, granted Plaintiff's IFP application, dismissed Defendants Yisrael Rosskamm and Jason Brumfeld, and issued procedural instructions. (ECF No. 27). On July 5, 2022, service was accepted by Defendants James Stogner and Lisa Walsh, but rejected as to Defendant Richard Snyder (ECF No. 29). Also on July 5, 2022, Defendants James Stogner and Lisa Walsh filed a suggestion of death on the record, indicating that Richard Snyder had died on June 20, 2021, and that The Office of the Attorney General neither had any representative capacity for the estate, nor possessed any information regarding whether an estate exists or who the executor of said estate might be (ECF No. 30).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noticing the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution

within 90 days of the date of this order, the Court will dismiss Defendant Richard Snyder from this matter.

DATED THIS 11th day of July 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE