# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SILVA,<br><br>                    Plaintiff,<br><br>   v.<br><br>JAMES STOGNER, et al.,<br><br>                    Defendants. | 3:20-cv-00027-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 53 |

      Before the court is Plaintiff's Motion for Clarification on the Authentication of Documents (ECF No. 53).  Defendants have responded to Plaintiff's motion (ECF No. 54) and there has been no reply.

      Plaintiff requests the court clarify Defendants' responsibility regarding the authentication of Plaintiff's documents.  In Defendants' response to Plaintiff's motion, they state that the parties had a telephonic conference on November 28, 2022, and defense counsel "does not have an objection to NDOC documents as long as they are not changed and are complete copies." (ECF No. 54 at 2.)

      Based on the above, Plaintiff's Motion for Clarification on the Authentication of Documents (ECF No. 53) is **DENIED** as moot.

      DATED: January 3, 2023.



UNITED STATES MAGISTRATE JUDGE