UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD SILVA,

    Plaintiff,

v.

JAMES STOGNER, et al.,

    Defendants.

Case No.: 3:20-cv-00027-ART-CSD

Order

On October 23, 2023, the court issued an order denying Plaintiff's emergency motion for temporary restraining order and adopting Magistrate Judge Denney's report and recommendation. (ECF No. 80.) That order was returned as undeliverable, with a notation that Plaintiff has been paroled.

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

Plaintiff shall file a notice of change of address on or before **March 22, 2024**. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court under Local Rule IA 3-1. It is so ordered.

Dated this 21st day of February 21, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE