Scott B. Olifant #7471
5520 Sharpsburg Avenue
Las Vegas, Nevada 89141
(702) 491-0689
(702) 804-4190 (fax)
solifant@gmail.com

Attorney (Prospective) for Plaintiff:
Ronald Silva

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Silva,<br><br>        Plaintiff,<br><br>    vs.<br><br>James Stogner, et al.<br><br>        Defendants. | Case No.: 3:20:-CV-00027 ART CSD<br><br>Substitution of Attorney |

Plaintiff herein, Ronald Silva hereby substitutes Scott B. Olifant, Attorney at Law in place and instead of himself as Counsel of Record in the above entitled action.

    I agree and authorize the substitution set forth above.

    Dated: March 10, 2024

                                                    _____
                                                    Ronald Silva
                                                    Plaintiff

    I consent to the substitution set forth above.

-1-

Dated: March 10, 2024

/s/ Scott Olifant
Scott B. Olifant
Attorney at Law

The Court, Good Cause Appearing, Approves this Substitution of Attorney.

IT IS SO ORDERED.

Dated: March 18, 2024

_____
The Honorable Craig S. Denney
United States Magistrate Judge

Respectfully submitted,

By: /s/ Scott Olifant
Scott B. Olifant #7471
5520 Sharpsburg Avenue
Las Vegas, Nevada 89141
(702) 491 – 0689

Attorney for Plaintiff