**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RONALD SILVA,

    Plaintiff,

v.

JAMES STOGNER, et al,

    Defendants.

Case Number 3:20-cv-00027-ART-CSD

**ORDER SETTING VIDEO SETTLEMENT CONFERENCE**
(Zoom Video Conference)

Pursuant to District Judge Traum's Minute Order (ECF No. 102) referring this matter for a settlement conference, a video settlement conference is hereby scheduled for **MONDAY, MARCH 10, 2025, at 9:00 a.m.**, before the Honorable Craig S. Denney, in Reno Courtroom 2.

The settlement conference will be conducted by Zoom Video Conference. The parties are directed to contact the Courtroom Administrator, Ashlyn Bye, at Ashlyn_Bye@nvd.uscourts.gov, by **noon on Wednesday, March 5, 2025,** to provide the e-mail address of all counsel and parties/representatives who will be attending the hearing. The Courtroom Administrator shall send the Zoom invitation/link to all attending at least one (1) day prior to the hearing.

The Plaintiff and counsel for Defendants shall be prepared to discuss possible settlement of this matter. Counsel for Defendants shall arrange for a representative, with binding authority to settle this matter, to be present in court for the duration of the Settlement Conference.

///

///

ORDER SCHEDULING VIDEO SETTLEMENT CONFERENCE - 1

In order to prepare for the Settlement Conference and to assist the court, Plaintiff and counsel for the Defendants shall comply with the provisions of Exhibit "A" attached hereto.

**IT IS SO ORDERED**.

Dated: January 7, 2025

_____
Craig S. Denney
United States Magistrate Judge

ORDER SCHEDULING VIDEO SETTLEMENT CONFERENCE - 2

**PREPARATION FOR SETTLEMENT CONFERENCE**

In preparation for the settlement conference, Plaintiff and the attorney for the Defendants shall submit a confidential settlement conference statement for the Court's <u>in camera</u> review. The settlement conference statement shall contain the following:

1. A brief statement of the nature of the action.
2. A concise summary of the evidence that supports your theory of the case, including information which documents your damages claims. You may attach to your statement those documents or exhibits which are especially relevant to key factual or legal issues, including selected pages from deposition transcripts or responses to other discovery requests.
3. An analysis of the key issues involved in the litigation.
4. A discussion of the strongest points in your case, both legal and factual, <u>and a frank discussion of the weakest points as well</u>. The Court expects you to present a candid evaluation of the merits of your case.
5. A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.
6. A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.
7. The settlement proposal that you believe would be fair.
8. The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

**EXHIBIT A**

The settlement conference statements shall be received by the Clerk's Office, 400 S. Virginia Street, Suite 301, not later than **MONDAY, MARCH 3, 2025, by 4:00 p.m.** DO NOT SERVE A COPY ON OPPOSING COUNSEL.

**The settlement conference statement should be delivered to the Clerk's Office in an envelope clearly marked "Confidential Contains Settlement Brief".**

The purpose of the settlement conference statement is to assist the Court in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in responding to all of the above listed questions is required. The settlement conference statements will not be seen by the trial judge. The confidentiality of each statement will be strictly maintained in my chambers. Following the conference, the settlement conference statements will be destroyed.