# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SILVA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAMES STOGNER, *et al.*,<br><br>                    Defendants. | Case No. 3:20-cv-00027-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 109 |

Before the court is Defendants' Motion to Extend Time to File Stipulation to Dismiss. (ECF No. 109.) Defendants state payment of the settlement funds "was mailed to Silva on April 17, 2025," and request additional time to file the Stipulation to Dismiss.  (*Id.* at 3.)

Defendants' Motion to Extend Time to File Stipulation to Dismiss (ECF No. 109) is **GRANTED** to the extent that the parties shall file the Stipulation to Dismiss on or before **Friday, May 16, 2025**.

DATED: April 28, 2025.

_____
Craig S. Denney
United States Magistrate Judge