# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SILVA, | Case No. 3:20-cv-00027-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | STIPULATION TO |
| JAMES STOGNER, *et al.*, | DISMISS WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackmann, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff Ronald Silva, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 11 day of March 2025.

RONALD SILVA,
*Plaintiff*

DATED this 10th day of March 2025.
AARON D. FORD
Attorney General

*/s/ Mark Hackmann*
Mark Hackmann, (Bar No. 16704)
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

Anne R. Traum
United States District Judge

DATED: May 12, 2025